IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
MAY 25 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>MIGUEL BARRAGAN<br><br>                    Defendant. | CR NO: 1:23-MJ-0058-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Miguel Barragan
Detained at: Fresno County Jail

Detainee is:
- a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
  charging detainee with: 18 U.S.C. 1959(a)(5) – Conspiracy/Attempted Murder
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary May 26, 2023, at 2PM in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **May 26, 2023 at 2PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: May 25, 2023

/s/ Sheila K. Oberto
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2318358 | DOB: | 04-15-1986 |
| Facility Address: | Fresno County Jail | Race: | Hispanic |
| Facility Phone: | | FBI#: | |
| Currently Incarcerated For: | Felon in possession of a firearm | | |

### RETURN OF SERVICE

Executed on: _____  _____
                                                        (signature)