PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-000115-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE; FINDINGS AND ORDER |
| v. | |
| JOEY MAGADAN, MIGUEL BARRAGAN | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The defendant filed a motion to dismiss on August 3, 2023, and set a hearing on the motion for September 11, 2023.

2. Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate to vacate the hearing on the motion scheduled for September 11, 2023.

3. Counsel further stipulate the motion briefing schedule be set as follows:

   Government's opposition due:   **September 11, 2023**

   Defense replies due:   **September 25, 2023**

   Hearing on motions   **October 23, 2023**

STIPULATION REGARDING BRIEFING SCHEDULE

1

IT IS SO STIPULATED.

Dated: August 11, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: August 11, 2023

/s/ W. SCOTT QUINLAN
W. SCOTT QUINLAN
Counsel for Defendant
MIGUEL BARRAGAN

Dated: August 11, 2023

/s/ PETER JONES
PETER JONES
Counsel for Defendant
MIGUEL BARRAGAN

IT IS SO ORDERED.

Dated: August 11, 2023

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7                                    **ORDER**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28