ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00115-MWJS-EPG |
| Plaintiff, | STIPULATION VACATNG STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING; ORDER |
| v. | |
| MIGUEL BARRAGAN, | |
| Defendant. | |

**STIPULATION**

1.      By previous order, this matter was set for trial on August 17, 2026 and Jury Trial set for September 15, 2026.

2.      By this stipulation, defendant now moves to vacate the trial as to him only and set a change of plea hearing on May 4, 2026.

3.      No exclusion of time is required as time was previously excluded up to and including August 17, 2026.

IT IS SO STIPULATED.

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

1

Dated:  April 13, 2026                                ERIC GRANT
                                                      United States Attorney


                                                      /s/ ANTONIO J. PATACA
                                                      ANTONIO J. PATACA
                                                      Assistant United States Attorney


Dated:  April 13, 2026                                /s/ PETER M. JONES
                                                      PETER M. JONES
                                                      Counsel for Defendant
                                                      Miguel Barragan

STIPULATION VACATING STATUS                    2
CONFERENCE AND SETTING CHANGE OF PLEA

## ORDER

The Trial Confirmation set for August 17, 2026 and Jury Trial set for September 15, 2026, is vacated as to this defendant only and a change of plea hearing is hereby set for May 4, 2026 at 9:30 AM in Courtroom 5 before the District Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated: __**April 13, 2026**__          _____/s/ Erica P. Grosjean_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

3