ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL BARRAGAN,<br>Defendant. | CASE NO. 1:23-CR-00115-MWJS-EPG-2<br><br>STIPULATION CONTINUING SENTENCING HEARING; ORDER |

**STIPULATION**

1. By previous order, this matter was set for sentencing on August 24, 2026.

2. By this stipulation, the parties now move to continue the sentencing hearing to October 19, 2026.

3. Counsel for defendant requires additional time to prepare matters in mitigation, discuss sentencing with the defendant, and otherwise prepare for the sentencing hearing.

IT IS SO STIPULATED.

Dated: August 19, 2026

ERIC GRANT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: August 19, 2026

/s/ PETER M. JONES
SPETER M. JONES
Counsel for Defendant
Miguel Barragan

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing currently set for August 24, 2026, is hereby continued to October 19, 2026, at 9:30 a.m. in Courtroom 5 before Chief Judge Troy L. Nunley in Fresno.

IT IS SO ORDERED.

Dated: **August 19, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE